IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL GREEN, an individual,<br><br>            Plaintiff,<br>vs.<br><br>PARK CITY PERFORMANCES, d.b.a. EGYPTIAN THEATRE, a Utah Corporation; RANDY BARTON, an Individual; UTOPIA ARTISTS, LLC, a Florida Limited Liability Company; WENDY KAY, aka WENDY KLEIN, an individual; DAVID MEROS, an Individual; ERIC BARNETT, an individual; MARTIN GERSCHWITZ, an Individual; and BERNARD PERSHEY, an Individual,<br>.<br>            Defendants.<br><br>And<br><br>NANCY BUSHY, an Individual, the ESTATE OF RONALD BUSHY, and the BUSHY FAMILY TRUST,<br><br>            Third-Party Defendants. | **ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL FOR RANDALL B. BATEMAN AND BATEMAN IP**<br><br>Case No. 2:21-cv-00627-JNP-CMR<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 83-1.4(c), the court hereby GRANTS Randall Bateman and Bateman IP's (Counsel) Motion to Withdraw as Counsel (Motion) (ECF 94) and ORDERS that Counsel may withdraw and is hereby removed as counsel for Plaintiff Michael Green (Plaintiff).

With regard to Plaintiff's continued representation, the court ORDERS as follows:

1. New counsel for Plaintiff must file a notice of appearance within twenty-one (21) days after entry of this Order, or Plaintiff must appear pro se, unless otherwise ordered by the court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership, limited liability

company or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court. An unrepresented party who fails to appear within 21 days after entry of the order, or within the time otherwise required by the court, may be subject to sanction pursuant to Fed. R. Civ. P. 16(f)(1), including but not limited to dismissal.

    2. The action is hereby stayed until 21 days after entry of this Order, pursuant to DUCivR 83-1.4(e). Service of this order is being provided using the CM/EMF system to all parties and to Plaintiff at the address provided in the Motion. After expiration of the stay period, either party may request a scheduling conference or submit a proposed amended scheduling order.

    IT IS SO ORDERED.

    DATED this 21 March 2022.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah